IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JESAIAH MCNULTY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.

CASE NO. 1D14-2104

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed August 5, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Jesaiah McNulty, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for belated appeal is dismissed as untimely filed. See Fla. R. App.

P. 9.141(c)(5)(A).

LEWIS, C.J., BENTON and MARSTILLER, JJ., CONCUR.